Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Shanitha Patrice Otis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANITHA PATRICE OTIS, | Case No.: 2:17-cv-09073-AGR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: June 15, 2018

*Alicia G. Rosenberg*

_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

DATE: June 12, 2018                Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Lawrence D. Rohlfing*
                                   BY:_____
                                   Lawrence D. Rohlfing
                                   Attorney for plaintiff Shanitha Patrice Otis